No. 236, Misc.  LANG *v.* HEINZE, WARDEN;

No. 519, Misc.  MITCHELL *v.* LOONEY, WARDEN;

No. 526, Misc.  HOPWOOD *v.* BROWNELL, ATTORNEY GENERAL, ET AL.;

No. 531, Misc.  SYKES *v.* TEETS, WARDEN;

No. 538, Misc.  FORSYTHE *v.* NEW JERSEY;

No. 563, Misc.  POTTER *v.* EIDSON, WARDEN;

No. 568, Misc.  DAVIS *v.* CLEMMER, DIRECTOR, DEPARTMENT OF CORRECTIONS, DISTRICT OF COLUMBIA; and

No. 579, Misc.  LAROSE *v.* CLEMMER, DIRECTOR, DEPARTMENT OF CORRECTIONS, DISTRICT OF COLUMBIA. Motions for leave to file petitions for writs of habeas corpus denied. Petitioners *pro se.* *Edmund G. Brown,* Attorney General of California, and *Doris H. Maier,* Deputy Attorney General, for respondent in No. 236, Misc.

No. 493, Misc.  SULLIVAN *v.* HEINZE, WARDEN, ET AL. Motion for leave to file petition for writ of habeas corpus and motions for *subpoena duces tecum* and to appoint a referee denied.

No. 560, Misc.  BOLESTA *v.* UNITED STATES. Application denied.

No. 716.  FALCONE ET AL. *v.* BARNES, OFFICER IN CHARGE, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari granted. *Anthony S. Falcone* for petitioners. *Solicitor General Sobeloff* for respondent.

No. 528.  HEIKKILA *v.* BARBER, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. *Lloyd E. McMurray* for peti-